REGINA M. SLOWEY (235899)
BARRON & NEWBURGER, P.C.
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (248) 621-9739
E-MAIL: rslowey@bn-lawyers.com

Attorneys for Defendant Zwicker & Associates, P.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT M. LAGAC<br><br>             Plaintiff,<br><br>    vs.<br><br>CAPITAL ONE, N.A., successor by Merger to DISCOVER BANK;<br>CLARITY DEBT RESOLUTION, INC.;<br>WAHIB JOSEPH AL-MASHINI, an Individual;<br>ZWICKER & ASSOCIATES P.C.<br><br>             Defendants. | Case No.  2:26cv2964<br><br>*Judge R. Gary Klausner*<br>*Magistrate Maria A. Audero*<br><br>**DECLARATION OF REGINA M. SLOWEY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:      June 8, 2026<br>Time:     9:00 AM<br>Location: Courtroom 850, 8th Floor<br>           255 East Temple Street<br>           Los Angeles, CA 90012<br>Complaint Filed:  02/02/2026 |

-1-

DECLARATION OF REGINA M. SLOWEY                    Case No.  2:26cv2964
ISO ZWICKER & ASSOCIATES P.C.'S MOTION TO DISMISS

BARRON & NEWBURGER, P.C.

I, REGINA M. SLOWEY, declare as follows:

1.  I am an attorney at law, licensed to practice before all of the courts of the state of California.  I am the attorney for Defendant Zwicker & Associates, P.C. ("Zwicker").

2.  Plaintiff and I first communicated regarding Zwicker's response to his Complaint on or around March 25, 2026.  At that time, Plaintiff agreed to allow Zwicker additional time to respond to his Complaint, up through and including April 24, 2026.

3.  We continued the discussion regarding the claims against Zwicker, and I requested concurrence in dismissing all claims against Zwicker.

4.  The discussions culminated in an **agreement to dismiss the 14th Claim**, Professional Malpractice/Legal Negligence against Zwicker.

5.  As of April 24, 2026, Zwicker and Plaintiff have not been able to reach a resolution that eliminates the necessity of filing and having a hearing on the merits of Zwicker's Motion to dismiss regarding Claims 12, 13, and 15.

6.  In accordance with the stipulation to dismiss Claim 14 (Legal Malpractice), Zwicker submits its Motion as to the unresolved claims (12, 13, 15) only.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  If called as a witness, I could and would so testify.

Executed this 24th Day of April, 2026, at Auburn Hills, Michigan.

/s/ Regina M. Slowey
REGINA M. SLOWEY

-2-

DECLARATION OF REGINA M. SLOWEY                    Case No.  2:26cv2964
ISO ZWICKER & ASSOCIATES P.C.'S MOTION TO DISMISS

## **CERTIFICATE OF SERVICE**

I, Regina M. Slowey, do hereby certify that the Declaration of Regina Slowey ISO MTD was served this 24th day of April, 2026, on all counsel of record via the Court's ECF system.

Additionally, the same was served via email to:

Gilbert M. Lagac:  gillagac@gmail.com.

-3-

DECLARATION OF REGINA M. SLOWEY                Case No.  2:26cv2964
ISO ZWICKER & ASSOCIATES P.C.'S MOTION TO DISMISS