UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GILBERT M. LAGAC

                              Plaintiff,

            Vs.

CAPITAL ONE, N.A., successor by
Merger to DISCOVER BANK;
CLARITY DEBT RESOLUTION, INC.;
WAHIB JOSEPH AL-MASHINI, an
Individual;
ZWICKER & ASSOCIATES P.C.
                              Defendant.

Case No. 2:26cv2964

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

The Court, having considered Defendant Zwicker & Associate's MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) and finding good cause, therefore hereby GRANTS the Motion and ORDERS as follows:

1.  The MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) is granted.
2.  All claims asserted by Plaintiff against Defendant Zwicker & Associates, P.C. in the First Amended  Complaint are hereby DISMISSED WITH PREJUDICE.
3.  The Clerk of Court is directed to close the case.

1

IT IS SO ORDERED.

Dated:

_____

HON. R. GARY KLAUSNER

UNITED STATES DISTRICT JUDGE